## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br>1001 Preston Street, Suite 500,<br>Houston, TX 77002,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>　　and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>　　and<br><br>**DEVON BROWN, in his official capacity as EPA AWARD OFFICIAL, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>　　　　*Defendants*. | Civil Action No. 1:25-cv-03646-TSC |

### PLAINTIFF HARRIS COUNTY'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Civil Rule 65.1(c), Plaintiff Harris County, Texas ("Harris County") hereby moves for a preliminary injunction against the U.S. Environmental Protection Agency ("EPA"); Lee Zeldin, in his official capacity as Administrator of EPA; and Devon Brown, in his official capacity as EPA Award Official (collectively, "Defendants").

1

Harris County moves for a preliminary injunction to enjoin Defendants from implementing the unlawful decision to eliminate the Solar for All ("SFA") program, purportedly pursuant to Section 60002 of the One Big Beautiful Bill Act, Pub. L. No. 119-21 (July 4, 2025) (the "Elimination Decision"). Specifically, Harris County seeks an order preliminarily enjoining Defendants from (1) dismantling Solar for All on this erroneous and pretextual basis, and (2) deobligating, expending, or otherwise placing beyond this Court's jurisdiction any funds obligated to Solar for All pursuant to Congress's appropriation under Section 134(a)(1) of the Clean Air Act.

As set forth in more detail in the accompanying Memorandum of Law, this Court has jurisdiction because the Elimination Decision constitutes final agency action, and this lawsuit is not "at its essence" a contract action within the purview of the Tucker Act. Harris County has a strong likelihood of success on its claims that the Elimination Decision violates the Administrative Procedure Act, federal statutes, and the U.S. Constitution. Further, a preliminary injunction is appropriate because Harris County faces irreparable harm absent preliminary injunctive relief, where the Elimination Decision immediately threatens devastating consequences to Harris County's residents, mission, and reputation. The injury to Harris County outweighs any harm to Defendants from an injunction, and the public interest is best served by ensuring that Defendants comply with federal law. This Court should therefore grant the motion.

Dated:  October 24, 2025

          Respectfully submitted,

          */s/ Beth C. Neitzel*

| | |
|---|---|
| Noah C. Shaw (*pro hac vice*)<br>FOLEY HOAG LLP<br>1301 Ave. of the Americas<br>25th Floor<br>New York, NY 10019<br>Tel. (212) 812-0400<br>ncshaw@foleyhoag.com | Beth C. Neitzel (103611)<br>Emily J. Nash (MA0031)<br>Kevin Y. Chen (*pro hac vice*)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Suite 1600<br>Boston, MA 02210<br>Tel. (617) 832-1000<br>bneitzel@foleyhoag.com<br>enash@foleyhoag.com<br>kchen@foleyhoag.com |

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

*/s/ Neal A. Sarkar*

**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

**NEAL A. SARKAR**
Special Assistant County Attorney
Texas State Bar No. 24093106
D.D.C. Bar ID: TX0088
neal.sarkar@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system.

*/s/ Beth C. Neitzel*
Beth C. Neitzel (103611)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
bneitzel@foleyhoag.com
