UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br>1001 Preston Street, Suite 500,<br>Houston, TX 77002,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>　　and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>　　and<br><br>**DEVON BROWN, in his official capacity as EPA AWARD OFFICIAL, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>　　　　*Defendants*. | Civil Action No. 1:25-cv-03646-TSC |

**PLAINTIFF HARRIS COUNTY'S MOTION FOR
<u>TEMPORARY RESTRAINING ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 65(b) and Local Civil Rule 65.1(a), Plaintiff Harris County, Texas ("Harris County") hereby moves for a temporary restraining order against the U.S. Environmental Protection Agency ("EPA"); Lee Zeldin, in his official capacity as Administrator of EPA; and Devon Brown, in his official capacity as EPA Award Official (collectively, "Defendants").

1

Harris County moves for a temporary restraining order to enjoin Defendants from taking further steps to implement their unlawful decision to eliminate Solar for All ("SFA"), purportedly pursuant to Section 60002 of the One Big Beautiful Bill Act, Pub. L. No. 119-21 (July 4, 2025) (the "Elimination Decision"). Specifically, Harris County seeks an order temporarily enjoining Defendants from taking further steps to (1) dismantle Solar for All on this erroneous and pretextual basis, and (2) deobligate, expend, or otherwise place beyond this Court's jurisdiction any funds obligated to Solar for All pursuant to Congress's appropriation under Section 134(a)(1) of the Clean Air Act.

For the reasons set forth in the accompanying memorandum and memorandum in support of Harris County's Motion for Preliminary Injunction ("PI Motion"), ECF 12-1, Harris County has a strong likelihood of success on its claims that the Elimination Decision violates the Administrative Procedure Act, federal statutes, and the U.S. Constitution. Further, a temporary restraining order is appropriate because Harris County faces irreparable harm absent immediate relief. Recent communications between undersigned counsel and counsel for Defendants have revealed that Defendants have *already begun* to dismantle Solar for All, including by taking steps to deobligate funds associated with grants terminated pursuant to the Elimination Decision. Moreover, Defendants have refused to agree to pause those efforts even temporarily while Harris County's PI Motion is pending. The injury to Harris County caused by Defendants' ongoing efforts to effectuate the illegal Elimination Decision outweighs any harm to Defendants from a temporary restraining order maintaining the status quo, and the public interest is best served by ensuring that Defendants comply with federal law.

WHEREFORE, Harris County respectfully requests that the Court enter a temporary restraining order consistent with the proposed order attached hereto.

Dated:  November 2, 2025

Respectfully submitted,

*/s/ Beth C. Neitzel*

| | |
|---|---|
| Noah C. Shaw (*pro hac vice*) | Beth C. Neitzel (103611) |
| FOLEY HOAG LLP | Emily J. Nash (MA0031) |
| 1301 Ave. of the Americas | Kevin Y. Chen (*pro hac vice*) |
| 25th Floor | FOLEY HOAG LLP |
| New York, NY 10019 | 155 Seaport Boulevard |
| Tel. (212) 812-0400 | Suite 1600 |
| ncshaw@foleyhoag.com | Boston, MA 02210 |
| | Tel. (617) 832-1000 |
| | bneitzel@foleyhoag.com |
| | enash@foleyhoag.com |
| | kchen@foleyhoag.com |

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

*/s/ Neal A. Sarkar*

**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

**NEAL A. SARKAR**
Special Assistant County Attorney
Texas State Bar No. 24093106
D.D.C. Bar ID: TX0088
neal.sarkar@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

## LOCAL RULE 65.1 CERTIFICATE

Pursuant to Local Rule 65.1(a), I certify that on November 2, 2025, I notified Defendants of this motion for a temporary restraining order by email sent to their counsel, Kevin P. VanLandingham (Kevin.P.VanLandingham@usdoj.gov), at the time of the filing of this motion. Additionally, pursuant to Standing Order 25-55, I provided notice by email to the Civil Division of the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj.gov and the Civil Chief for the U.S. Attorney's Office for the District of Columbia.

I further certify that copies of all pleadings and papers filed in this action to date or to be presented to the Court at a hearing on this motion have been furnished to Defendants.

Pursuant to Local Rule 65.1(b), enclosed with this Motion is an Affidavit of Beth C. Neitzel stating why notice of this Motion was not provided to the Clerk during business hours.

*/s/ Beth C. Neitzel*
Beth C. Neitzel (103611)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
bneitzel@foleyhoag.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 2, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF filing system. In accordance with the Court's Standing Order No. 25-55, I also served the foregoing document by electronic mail on the Civil Division of the U.S. Attorney's Office for the District of Columbia, and on the Civil Chief for the U.S. Attorney's Office for the District of Columbia.

                                         */s/ Beth C. Neitzel*
                                         Beth C. Neitzel (103611)
                                         FOLEY HOAG LLP
                                         155 Seaport Boulevard
                                         Suite 1600
                                         Boston, MA 02210
                                         Tel. (617) 832-1000
                                         bneitzel@foleyhoag.com