UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br>1001 Preston Street, Suite 500,<br>Houston, TX 77002,<br><br>  *Plaintiff*,<br><br>  v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br> and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br> and<br><br>**DEVON BROWN, in his official capacity as EPA AWARD OFFICIAL, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>  *Defendants*. | Civil Action No. 1:25-cv-03646-TSC |

### NOTICE OF WITHDRAWAL OF HARRIS COUNTY'S MOTION FOR PRELIMINARY INJUNCTION [ECF 12] AND MOTION FOR TEMPORARY RESTRAINING ORDER [ECF 14]

Plaintiff Harris County, Texas ("Harris County") submits this notice to withdraw its pending Motion for Preliminary Injunction, ECF 12, and Motion for Temporary Restraining Order, ECF 14. In support thereof, Harris County states as follows:

1. On October 13, 2025, Harris County filed the above-captioned action against defendants U.S. Environmental Protection Agency ("EPA"), Administrator Lee Zeldin, and EPA Award Official Devon Brown (collectively, "Defendants") asserting three causes of action and seeking declaratory and injunctive relief, including vacatur of Defendants' unlawful decision

1

to eliminate the Solar for All ("SFA") program, purportedly pursuant to Section 60002 of the One Big Beautiful Bill Act, Pub. L. No. 119-21 (July 4, 2025) (the "Elimination Decision"). *See* ECF 1.

2. On October 24, 2025, Harris County filed a Motion for Preliminary Injunction ("PI Motion"), ECF 12, seeking to preserve the status quo while the Parties litigate the merits of Harris County's claims. In particular, the County moved this Court to enter an order preventing Defendants from (1) taking further steps to dismantle Solar for All based on Defendants' stated rationale and (2) deobligating, expending, or otherwise placing beyond the Court's jurisdiction any funds obligated to Solar for All pursuant to Congress's appropriation under Section 134(a)(1) of the Clean Air Act, *see* ECF 12-8.

3. In subsequent communications between counsel for the Parties, counsel for Defendants ("DOJ") stated that Defendants had already deobligated a large portion of the SFA grant funds and were unwilling to agree to pause further efforts to deobligate, recharacterize, expend, or seek to place beyond the Court's jurisdiction the SFA grant funds while the PI Motion was pending. *See* ECF 14-1 at 4-7; 14-2.

4. On November 3, 2025, in light of DOJ's disclosures and Defendants' refusal to assent to an agreement preserving the status quo during PI proceedings, Harris County filed a Motion for Temporary Restraining Order ("TRO Motion"), ECF 14.

5. On November 10, 2025, Defendants filed an opposition to Harris County's PI Motion and TRO Motion, ECF 20, attaching a declaration from Gregg A. Treml, Deputy Chief Financial Officer of EPA, ECF 20-1. In his declaration, Mr. Treml stated that all undisbursed SFA grant funds—including grant funds for which EPA has preserved a recorded obligation, *id.* ¶ 6, as well as those grant funds EPA represents it has deobligated, *id.* ¶ 5—remain "in the same Treasury Account used to manage the Solar for All grant program, where they have been since prior to grant issuance," *id.* ¶ 7. Critically, Mr. Treml further stated that all SFA grant funds will remain in this account, "available until September 30, 2031." *Id.* ¶ 7.

6. Following Defendants' filings, in communications between counsel for the Parties, DOJ affirmed Mr. Treml's statements and represented that the status quo would remain unchanged while the Parties litigate Harris County's claims on the merits: "[T]he grant funds are maintained in an appropriations account, where they will remain available through September 30, 2031 to satisfy any remaining obligations under the grants. This is true for Harris County, as well as the other Solar for All grantees." Defendants also agreed "to stay Harris County's administrative appeal through judgment in this case, and confirm[ed] that closeout will not proceed while the administrative appeal remains stayed."

7. Based on DOJ's representation that the status quo will remain unchanged, including as reflected in Mr. Treml's declaration and Defendants' commitment to stay administrative proceedings related to Harris County's SFA grant, the County has agreed to withdraw its PI Motion and TRO Motion.

8. Harris County therefore respectfully withdraws its Motion for Preliminary Injunction, ECF 12, and its Motion for Temporary Restraining Order, ECF 14. Harris County reserves the right to

refile either motion should Defendants' conduct violate the Parties' agreement or otherwise threaten immediate, irreparable harm.

| | |
|---|---|
| Dated: November 14, 2025 | Respectfully submitted, |
| | */s/ Beth C. Neitzel* |
| Noah C. Shaw (*pro hac vice*) | Beth C. Neitzel (103611) |
| FOLEY HOAG LLP | Emily J. Nash (MA0031) |
| 1301 Ave. of the Americas | Kevin Y. Chen (*pro hac vice*) |
| 25th Floor | FOLEY HOAG LLP |
| New York, NY 10019 | 155 Seaport Boulevard |
| Tel. (212) 812-0400 | Suite 1600 |
| ncshaw@foleyhoag.com | Boston, MA 02210 |
| | Tel. (617) 832-1000 |
| | bneitzel@foleyhoag.com |
| | enash@foleyhoag.com |
| | kchen@foleyhoag.com |

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

*/s/ Neal A. Sarkar*

**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

**NEAL A. SARKAR**
Special Assistant County Attorney
Texas State Bar No. 24093106
D.D.C. Bar ID: TX0088
neal.sarkar@harriscountytx.gov

OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Counsel for Harris County, Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF filing system.

>  */s/ Beth C. Neitzel*
> Beth C. Neitzel (103611)
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Suite 1600
> Boston, MA 02210
> Tel. (617) 832-1000
> bneitzel@foleyhoag.com