UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>and<br><br>**DEVON BROWN, in his official capacity as EPA AWARD OFFICIAL, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>*Defendants*. | Civil Action No. 1:25-cv-3646 |

### ORDER GRANTING JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE

Having considered the Parties' Joint Motion for Expedited Briefing Schedule, and for good cause shown, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. It is further

**ORDERED** that Defendants' Answer is **HELD IN ABEYANCE** until this court resolves the parties' summary judgment motions.

**ORDERED** that the Parties shall adhere to the following deadlines:

| | |
|---|---|
| January 9, 2026 | Deadline for Defendants to produce administrative record to Plaintiff and file an index of the administrative record with the Court. |
| January 30, 2026 | Deadline for Plaintiff to file a motion for summary judgment. |

| February 20, 2026 | Deadline for Defendants to file a cross-motion for summary judgment and an opposition to Plaintiff's motion for summary judgment. |
|---|---|
| March 13, 2026 | Deadline for Plaintiff to file an opposition to Defendants' cross-motion for summary judgment and reply in support of its motion for summary judgment. |
| March 27, 2026 | Deadline for Defendants to file a reply in support of their cross-motion for summary judgment. |

**SO ORDERED.**

Date: December 8, 2025

*Tanya S. Chutkan*
_____
TANYA S. CHUTKAN
United States District Judge

## ATTORNEYS TO BE NOTIFIED

Beth C. Neitzel (103611)
Emily J. Nash (MA0031)
Kevin Y. Chen (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
bneitzel@foleyhoag.com
enash@foleyhoag.com
kchen@foleyhoag.com

Noah C. Shaw (*pro hac vice*)
FOLEY HOAG LLP
1301 Ave. of the Americas
25th Floor
New York, NY 10019
Tel. (212) 812-0400
ncshaw@foleyhoag.com

JONATHAN G.C. FOMBONNE
Deputy County Attorney and First
Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

NEAL A. SARKAR
Special Assistant County Attorney
Texas State Bar No. 24093106
D.D.C. Bar ID: TX0088
neal.sarkar@harriscountytx.gov

OFFICE OF THE HARRIS COUNTY
ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

*Attorneys for Harris County, Texas*

Kevin P. VanLandingham
Bethany R. Theriot
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

*Attorneys for U.S. EPA; Lee Zeldin, in his official capacity as Administrator, U.S. EPA; and Devon Brown, in his official capacity as EPA Award Official, U.S. EPA*