## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>and<br><br>**DEVON BROWN, in his official capacity as EPA AWARD OFFICIAL, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>*Defendants*. | Civil Action No. 1:25-cv-03646-TSC |

## **HARRIS COUNTY'S INDEX OF EXHIBITS**

| Exhibit | Description or Citation |
|---|---|
| A | Solar for All Termination Notice (Aug. 7, 2025) |
| B | U.S. EPA Office of Inspector General, Report: Audit of the EPA's Greenhouse Gas Reduction Fund Solar for All Program (Jan. 7, 2026), available at https://www.epa.gov/system/files/documents/2026-01/_epaoig_20260107-26-p-0008_cert.pdf. |
| C | Press Release, EPA, *EPA Releases Framework for the Implementation of the Greenhouse Gas Reduction Fund as Part of President Biden's Investing in America Agenda* (April 19, 2023), https://www.epa.gov/newsreleases/epa-releases-framework-implementation-greenhouse-gas-reduction-fund-part-president (last visited Jan. 30, 2026). |
| D | EPA, *Frequent Questions About the Fund*, available at https://web.archive.org/web/20250423001633/https://www.epa.gov/greenhouse-gas-reduction-fund/frequent-questions-about-fund (archived Apr. 23, 2025). |
| E | EPA Notice of Funding Opportunity No. EPA-R-HQ-SFA-23-01 |
| F | Press Release, EPA, *Biden-Harris Administration Announces $7 Billion Solar for All Grants to Deliver Residential Solar, Saving Low-Income Americans $350 Million Annually and Advancing Environmental Justice Across America* (April 22, 2024), https://www.epa.gov/newsreleases/biden-harris-administration-announces-7-billion-solar-all-grants-deliver-residential (last visited Jan. 30, 2026). |
| G | Harris County, EPA Grant Agreement and Notice of Award (July 9, 2024) |
| H | Harris County, Revised Notice of Award (December 17, 2024) |
| I | Exec. Order 14154, 90 Fed. Reg. 8353 (Jan. 20, 2025). |
| J | Off. of Mgmt. and Budget, Exec. Off. of the President, Mem. M-25-11 (Jan. 21, 2025). |
| K | Off. of Mgmt. and Budget, Exec. Off. of the President, Mem. M-25-13 (Jan. 27, 2025) *rescinded by* Mem. M-25-14 (Jan. 29, 2025). |
| L | Off. of Mgmt. and Budget, Exec. Off. of the President, Mem. M-25-14 (Jan. 29, 2025). |
| M | Karoline Leavitt (@PressSec), X (Jan. 29, 2025, 1:40 PM), https://x.com/PressSec/status/1884672871944901034 (last visited Jan. 30, 2026). |
| N | Alex Guillén, *EPA Says Spending Halt for Climate, Infrastructure Law Programs Is Different from Trump Freeze*, Politico (Feb. 11, 2025), https://subscriber.politicopro.com/article/2025/02/epa-says-spending-halt-for-climate-infrastructure-law-programs-is-different-from-trump-freeze-00203685 (last visited Jan. 30, 2026). |
| O | Letter from W.C. McIntosh, Acting Deputy Administrator, EPA, to Nicole Murley, Acting Inspector General, EPA (Mar. 2, 2025), available at https://www.epa.gov/system/files/documents/2025-03/epaigrequest030225.pdf. |

| | |
|---|---|
| P | Memorandum, U.S. EPA Office of Inspector General (Mar. 19, 2025), available at https://web.archive.org/web/20250906080631/https://www.epaoig.gov/sites/default/files/document/2025-03/oig_notification_memo_oa-fy25-0043.pdf (archived Sept. 6, 2025). |
| Q | Congressional Budget Office, *Estimated Budgetary Effects of an Amendment in the Nature of a Substitute to H.R. 1, the One Big Beautiful Bill Act, Relative to CBO's January 2025 Baseline,* Table 6, Rows 20–22 (June 29, 2025), https://www.cbo.gov/publication/61534 (last visited Jan. 30, 2026). |
| R | *Q&A: Sen. Shelley Moore Capito, Incoming EPW Chair* (Nov. 20, 2024) https://www.capito.senate.gov/news/in-the-news/qanda-sen-shelley-moore-capito-incoming-epw-chair (last visited Jan. 30, 2026). |
| S | Letter from Sen. Sheldon Whitehouse, Ranking Mem. of S. Comm. On Envtl. & Pub. Works, et al. to Lee Zeldin, Administrator, EPA (Aug. 14, 2025), available at https://www.epw.senate.gov/public/_cache/files/7/f/7fc428d4-aafa-4991-a25e-655d295fc0e2/D93F6E6E26805AFA241C4D39073BED3B75A6F496F4350B82CC4D782AAE9BC35C.8.14.25-letter-to-epa-re-solar-for-all.pdf. |
| T | Texas SFA Coalition Letter to EPA's Disputes Decision Official (Aug. 27, 2025) |