**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,** | |
| *Plaintiff,* | |
| v. | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | Civil Action No. 1:25-cv-03646-TSC |
| and | |
| **LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | |
| and | |
| **DEVON BROWN, in his official capacity as EPA AWARD OFFICIAL, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | |
| *Defendants.* | |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY

This matter is before the Court on the motion of Plaintiff Harris County, Texas for leave to file a sur-reply. Having considered the motion and the record in this case, and having otherwise been fully advised, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

Dated this ____ day of _____, 2026       BY THE COURT:

_____
United States District Judge

## <u>ATTORNEYS TO BE NOTIFIED</u>
### *Pursuant to L.C.R. 7(k)*

Beth C. Neitzel (103611)
Emily J. Nash (MA0031)
Matthew F. Casassa (*pro hac vice*)
Kevin Y. Chen (*pro hac vice*)
Gilleun Kang (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Suite 1600
Boston, MA 02210

Noah C. Shaw (*pro hac vice*)
FOLEY HOAG LLP
1301 Ave. of the Americas
25th Floor
New York, NY 10019

Jonathan G.C. Fombonne
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
OFFICE OF THE HARRIS COUNTY
ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002

*Attorneys for Harris County, Texas*

Kevin Paul VanLandingham
Bethany R. Theriot
Tiffiney Carney
I-Heng Hsu
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

*Attorneys for U.S. EPA; Lee Zeldin, in his official capacity as Administrator, U.S. EPA; and Devon Brown, in his official capacity as EPA Award Official, U.S. EPA*