**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRIS COUNTY, TEXAS**,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.***,<br><br>*Defendants.* | Civil Action No. 25-cv-3646 (TSC) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 58, Plaintiff's motion for summary judgment, ECF No. 32, is GRANTED IN PART and DENIED IN PART, and Defendants' cross-motion, ECF No. 38, is also GRANTED IN PART and DENIED IN PART.

The Environmental Protection Agency's August 7, 2025, determination that Section 60002 of the One Big Beautiful Bill Act, Pub. L. No. 119-21, 139 Stat. 72, 154 (2025), rendered continued operation of the Solar for All program legally impermissible and required termination of the program and its existing grants, as set forth in the Decisional Memorandum, *see* AR 89–96, is VACATED as contrary to law, in excess of statutory authority, and arbitrary and capricious, *see* 5 U.S.C. § 706(2)(A), (C). Plaintiff's request for a permanent injunction is DENIED without prejudice.

Defendants' cross-motion is GRANTED, and Plaintiff's motion is DENIED, as to Plaintiff's *ultra vires* and constitutional claims.

Date: September 22, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge