**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.***,<br><br>*Defendants*. | Civil Action No. 1:25-cv-03646-TSC |

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants, the Environmental Protection Agency ("EPA"), Lee Zeldin, in his official capacity as EPA Administrator, and Devon Brown, in his official capacity as EPA award official, hereby notice their appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this case on September 22, 2026, Doc. No. 59, and all orders and opinions merged therein, including but not limited to the Memorandum Opinion dated September 22, 2026, Doc. No. 58.

Dated: November 20, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

MARC S. SACKS
Deputy Director

KEVIN P. VanLANDINGHAM
Assistant Director

*/s/ I-Heng Hsu*
Bethany R. Theriot (D.C. Bar 1022065)
Tiffiney F. Carney (D.C. Bar 1024568)
I-Heng Hsu (N.Y. Reg. 4904033).
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 616-3619
bethany.theriot@usdoj.gov
tiffiney.carney@usdoj.gov
i-heng.hsu@usdoj.gov

*Attorneys for the Defendants*